**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 12-2447

———————

HIEDA A. KEELER,

               Plaintiff - Appellant,

      v.

JAMES D. FOX, Police Chief; THOMAS A. SHULL, JR., Officer;
OFFICER DAVID GREEN; JUSTIN BRIGGS, Officer; MICHELLE
RIVERA, Officer; JOHN POLAK, Sargeant; LIEUTENANT SUTTON; M.
JOHNSON, Detective; HOSE H. HERNANDEZ-ZAMORA, Officer; LARRY
MINKOFF, Captain; NEWPORT NEWS SHERIFF DEPARTMENT; GABE
MORGAN, Sheriff; SHERIFF MALE, responded to Riverside;
VIRGINIA BEACH PSYCHIATRIC CENTER; STEPHEN G. CUNNINGHAM,
Dr.; MARK G. CLARKE, Dr.; JUDITH DOCKERY, Attorney; OFFICER
NEIDENGARD; OFFICER JUNEAU; SARGEANT HINES; OFFICER HANKINS;
PAUL COMPTON, Virginia State Police Trooper; TONY PASSARO,
Virginia State Police Trooper; DARRELL HOLLOWELL, Virginia
State Police Trooper; FEMALE EMT, Newport News EMT; MALE
EMT, Newport News EMT; CITY OF NEWPORT NEWS; SHERIFF FEMALE,
responded to Riverside; CHAD DORSK, Attorney,

               Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Arenda Wright Allen, District
Judge.  (2:12-cv-00325-AWA-TEM)

———————

Submitted:  January 17, 2013      Decided:  January 22, 2013

———————

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Hieda A. Keeler, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia; Mary August Huffman, HANCOCK DANIEL JOHNSON & NAGLE, PC, Glen Allen, Virginia; Megan Paulita Bradshaw, Dante Medardo Filetti, GOODMAN, ALLEN & FILETTI, PLLC, Norfolk, Virginia; Farnaz Farkish, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Darlene P. Bradberry, OFFICE OF THE CITY ATTORNEY, Newport News, Virginia; Joshua James Coe, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda A. Keeler seeks to appeal the district court's order permitting the substitution of defense counsel, denying her motion for appointment of counsel, and various other issues. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The issues Keeler seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED